# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 6, 2024

## NO. 03-24-00417-CV

**Casanova Bradshaw, Appellant**

**v.**

**TOPPROPERTIESCTX LLC, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER

This is an appeal from the final judgment signed by the trial court on June 24, 2024. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.